452 A.2d 38

Commonwealth v. Hawkins, Jr., Appellant.

Submitted December 9, 1981. Ronald J. Wydo, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Order affirmed.

---

452 A.2d 38

Commonwealth v. Jackson, Appellant.

Submitted April 27, 1982. Norman A. Levine, for appellant; Donald E. Williams, District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.